**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | ) | |
| JASON CHRISTOPHER LONG, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 25-4532 (UNA) |
|  | ) | |
| DEPARTMENT OF EDUCATION, *et al.*, | ) | |
|  | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MEMORANDUM OPINION**

Plaintiff's claims arose from a case he lost. *See Long v. Dep't of Education*, No. 25-cv-2406 (RC) (D.D.C. Dec. 10, 2025), *appeal docketed*, No. 26-5002 (D.C. Cir. Jan. 8, 2026). Plaintiff sued the U.S. Department of Education ("DOE") in the Superior Court of the District of Columbia, and Defendant Derrick Petit represented DOE both in the Superior Court and in this district court after removal of the case. *See* Compl. (ECF No. 1) ¶ 10. According to Plaintiff, Petit "improperly removed the case to federal court," *id*. ¶ 13, filed motions which he failed to serve on Plaintiff, *see id*. ¶¶ 15-17, and thereby "deprived [Plaintiff] of notice and the opportunity to respond, [causing him to] suffer[] prejudice and emotional and financial harm," *id*. ¶ 21.

By asking this court to "[v]acate all rulings on motions filed . . . in Case No. 25-cv-2406," *id*. at 4 (page numbers designated by CM/ECF), to "[d]eem those motions conceded in favor of Plaintiff," *id*., and to "[i]mpose sanctions on Petit for fraud and failure to serve" in the context of the prior case, *id*., Plaintiff asks the undersigned to review and reverse the rulings of a fellow district judge. This court has no jurisdiction to do so. *See Klayman v. Rao*, 49 F.4th 550,

1

552 (D.C. Cir. 2022) (per curiam) (affirming *sua sponte* dismissal of case which would have called for "review the decisions of another federal district court judge or of [the D.C. Circuit]").

The court will GRANT Plaintiff's application for leave to proceed *in forma pauperis* (ECF No. 2) and DISMISS the complaint for lack of subject matter jurisdiction.  An Order is issued separately.

DATE: March 20, 2026

/s/
TANYA S. CHUTKAN
United States District Judge

2